CONCURRENCE
COLE, Chief Judge,
concurring in the'opinion except for Section II.E;
I concur with the majority opinion except as to the section’discussing the implications of the Flynn Effect. In holding that Black did not pirove that he had significantly subaverage general intellectual functioning, we concluded that Black’s childhood IQ scores would be above 70 even if we adjusted those scores to account for both the SEMI and the Flynn Effect. Accordingly, I would not address the question of whether we should apply a Flynn Effect adjustment in cases generally because it is unnecessary to the resolution of 'Black’s appeal. Regardless, courts, including our own in Black I, have r'egarded the Flynn Effect as an important consideration in determining who qualifies as intellectually disabled. See, e.g., Black v. Bell, 664 F.3d 81, 95-96 (6th Cir. 2011); Walker v. True, 399 F.3d 315, 322-23 (4th Cir. 2005).